IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD RICHARD ROCKEL, II | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | NO. 12-5842 |

## ORDER

**AND NOW**, this 10th day of February, 2014, upon consideration of Plaintiff's Complaint requesting review of the partially favorable decision of the Commissioner of the Social Security Administration (Docket No. 3) and all documents filed in connection therewith, the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Docket No. 15), Plaintiff's Objections thereto, and Defendant's Response to Plaintiff's Objections, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation are **SUSTAINED**;

2. Plaintiff's Request for Review of the partially favorable decision of the Commissioner of the Social Security Administration is **GRANTED** insofar as it requests that the decision be reversed;

3. **JUDGMENT** is **ENTERED** in favor of Plaintiff, **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only;

4. This matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Memorandum Opinion accompanying this Order; and

2

5. The Clerk of Court shall **CLOSE** this case statistically.

                                            BY THE COURT:

                                            /s/ John R. Padova

                                            _____
                                            John R. Padova, J.

Case 5:12-cv-05842-JP   Document 19   Filed 02/10/14   Page 2 of 2

2